No. 9350. STATE OF MONTANA ex rel. EUGENE BROWN, RELATOR, *v.* DISTRICT COURT OF EIGHTH JUDICIAL DISTRICT, in and for Cascade County, and the HONORABLE C. F. HOLT, a Judge thereof, RESPONDENTS.

363 Pac. (2d) 971.

Decided December 2, 1953.

*H. B. Hoffman*, Great Falls, *Orin R. Cure*, for Appellant.

*Arnold H. Olsen*, Attorney General, *Hubert J. Massman*, Asst. Attorney General, *Ted James*, County Attorney, Great Falls, for Respondent.

MR. JUSTICE ANDERSON:

This cause having been consolidated on appeal with No. 9349, State ex rel. Bresnahan v. District Court and involving the same questions, the writ applied for is denied and the proceeding is dismissed for the reasons set forth in State ex rel. Bresnahan v. District Court, 127 Mont. 310, 263 Pac. (2d) 968.

MR. CHIEF JUSTICE ADAIR and MR. JUSTICE ANGSTMAN concur.

MR. JUSTICE BOTTOMLY (dissents).

MR. JUSTICE FREEBOURN: I dissent for the reasons set forth in my dissenting opinion in the Bresnahan case.